UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BROADBENT WILDLIFE SANCTUARY, INC., | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:14-CV-109-TAV-HBG |
| BUDDY GREGG MOTOR HOMES, LLC, | ) |
| Defendant. | ) |

# **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on June 29, 2015 [Doc. 57]. In the R&R, Magistrate Judge Guyton recommends that the Court enter an order granting in part and denying in part Newmar Corporation's Motion to Stay, Transfer or Consolidate [Doc. 41] and transferring this action to the Northern District of Indiana, South Bend Division, to allow it to be consolidated with *Broadbent Wildlife Sanctuary, Inc. v. Newmar Corporation, et al.*, No. 3:14-cv-542, as that court deems appropriate. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 57]. Therefore,

the Motion to Stay, Transfer or Consolidate [Doc. 41] is **GRANTED in part and DENIED in part**, and the Clerk is hereby **DIRECTED** to **TRANSFER** this action to the Northern District of Indiana, South Bend Division, to allow it to be consolidated with *Broadbent Wildlife Sanctuary, Inc. v. Newmar Corporation, et al.*, No. 3:14-cv-542, as that court deems appropriate.

IT IS SO ORDERED.


                                s/ Thomas A. Varlan
                                CHIEF UNITED STATES DISTRICT JUDGE